IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ANDREW KELLY**,

**Plaintiff,**

**v.**

**ILLINOIS STATE POLICE,**

**Defendant.**                                    No. 10-0544-DRH

ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on the parties' stipulated motion to dismiss with prejudice (Doc. 31). Based on the reasons stated in the motion, the Court **GRANTS** the motion and **DISMISSES with prejudice** this cause of action. Further, the Court **DIRECTS** the Clerk of the Court to enter judgment reflecting the same.

**IT IS SO ORDERED.**

Signed this 1st day of November, 2011.

David R. Herndon
2011.11.01 16:51:06
-05'00'

**Chief Judge
United States District Court**