## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANDREW KELLY,

    **Plaintiff,**

VS.

ILLINOIS STATE POLICE,

    **Defendant.**        NO. 10-CV-544-DRH

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 2, 2011, this case is **DISMISSED** with prejudice.

        NANCY J. ROSENSTENGEL,
        **CLERK OF COURT**

        BY:    /s/*Sandy Pannier*
            **Deputy Clerk**

Dated: November 3, 2011

Digitally signed by David R. Herndon
Date: 2011.11.03 12:59:37 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT